M. L. GOLDMAN AND HENRY TREWYN, *Appellants,* v. COM-
MERCIAL UNION & INVESTMENT COMPANY, A CORPORA-
TION, *Appellee.*

## Division B.

### Decision Filed January 10, 1927.

An Appeal from the Circuit Court for Dade County;
A. J. Rose, Judge.

*Huber, Clements & Blackwell,* for Appellants;

*Burdine & Barco* and *Edward E. Fleming,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the order herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said order; it is, therefore, considered,
ordered and adjudged by the Court that the said order of
the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.